IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE, CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-474-D |
| | ) | |
| GRADY B. BENSON, in his individual | ) | |
| capacity, CHILD A, a minor, CHILD B, | ) | |
| a minor, and THE ESTATE OF | ) | |
| SUMMER BENSON, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the Court is Defendant Grady B. Benson's Motion for Summary Judgment [Doc. No. 28], wherein Mr. Benson requests the Court to rule as a matter of law that he is entitled to life insurance proceeds currently deposited with the Court, and accordingly, to order such proceeds distributed to him. Upon consideration of the Motion, oral arguments,[1] and the case record, the Court finds that additional information is necessary before a final determination on the Motion can be made. The Court further finds that certain information likely can be obtained from the Oklahoma State Bureau of Investigation's ("OSBI") records regarding the death of Summer Benson, and that an *in camera* examination of the records is sufficient for the Court's immediate purposes. *See* OKLA. STAT. tit. 74, § 150.5(D) (recognizing all records relating to an OSBI investigation are confidential and not open to the public); *State ex rel. Hicks v. Thompson*, 851 P.2d 1077 (Okla. 1993).

---

[1] On February 6, 2017, the Court held a hearing on the Motion wherein the matter was taken under advisement. *See* Minute Entry [Doc. No. 32].

IT IS THEREFORE ORDERED that the OSBI shall produce to the chambers of the undersigned judge within 30 days from the date of receipt of this Order, the investigation records concerning the death of Summer Benson. Accordingly, the Clerk of Court is directed to send a copy of this Order to the OSBI Headquaters, 6600 North Harvey, Oklahoma City, Oklahoma 73116, c/o: Jimmy Bunn, Jr., Chief Legal Counsel.

IT IS SO ORDERED this 21st day of February, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE